ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2006 ★
BROOKLYN OFFICE

July 17, 2006

<u>By Facsimile (718) 613-2536</u>
Hon. Joan M. Azrack
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Cherry v. Rodenburg, et ano.
     04 CV 1902 (JG)(JMA)

Dear Judge Azrack:

I am writing to confirm that, with the consent of the attorneys for all the parties to this action, the next conference in the action has been adjourned from July 20, 2006 to September 13, 2006 at 3:15 P.M.

Very truly yours,

ALAN D. LEVINE

ADL/sr

cc:  Rachel A. Seligman, Esq.

Granted

s/Joan M. Azrack

7-18-06